**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZI XING XIN ZHANG,<br><br>Petitioner,<br><br>v.<br><br>JESSICA SAGE,<br><br>Respondent. | No. 4:26-CV-01193<br><br>(Chief Judge Brann) |

# ORDER

**AND NOW**, this 3rd day of August 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Zi Xing Xin Zhang's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **GRANTED**.

2. Respondent shall **RELEASE** Zhang from custody within 48 hours of the date and time this Order is placed on the docket.

3. Respondent shall **RESTORE** the conditions of Zhang's prior order of supervision.

4. Respondent shall **CERTIFY COMPLIANCE** with paragraphs 2 and 3 of this Order by filing a declaration pursuant to 28 U.S.C. § 1746 no later than three days after the date of this Order.

5. Following receipt of the compliance certification, the Clerk of Court shall CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge